UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICKIE M. STRINGER,<br><br>                              Plaintiff,<br><br>         -against-<br><br>MACMILLAN PUBLISHERS, LLC, et al.,<br><br>                              Defendants. | 1:25-CV-6651 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

On August 26, 2025, Plaintiff, who appears *pro se*, filed a notice of voluntary dismissal under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.[1] (ECF 8.) Plaintiff seeks to discontinue her claims against Defendant Macmillan Publishers, LLC, and to proceed only with her claims against Defendant St. Martin's Press. (*Id.*)

The Court grants Plaintiff's request. The Court dismisses Plaintiff's claims against Defendant Macmillan Publishers, LLC, without prejudice. The Court directs the Clerk of Court to terminate this defendant from this action under Rule 41(a) of the Federal Rules of Civil Procedure.[2]

---

[1] Because Plaintiff seems to reveal the full name of a minor child in her *in forma pauperis* application (ECF 2), the Court has directed the Clerk of Court to restrict electronic access to that court submission to a "case participant-only" basis. *See* Fed. R. Civ. P. 5.2(a)(3) (references to a minor child's name in a court submission must be in the form of the child's name's initials).

[2] A voluntary dismissal under this rule is without prejudice. "But if the plaintiff previously dismissed any federal- or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits." Fed. R. Civ. P. 41(a)(1)(B).

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   September 3, 2025
         New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge