UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICKIE M. STRINGER,

                      Plaintiff,

-against-

ST. MARTIN'S PRESS, LLC,

                      Defendant.

1:25-CV-6651 (MMG)

ORDER OF SERVICE

MARGARET M. GARNETT, United States District Judge:

    Plaintiff Vickie M. Stringer, of Columbus, Ohio, who is proceeding *pro se*, asserts claims under state law under the court's diversity subject-matter jurisdiction. She sues St. Martin's Press, LLC ("SMP"), which, she alleges, has its principal place of business in New York, New York. Plaintiff seeks at least $350,000 in compensatory damages "for unpaid agent commissions," prejudgment and postjudgment interest, and injunctive relief directing SMP to "[p]ay future agent commissions directly to Plaintiff . . . [,] provide [a] complete accounting of all revenue generated by the brokered works[,] [and] [c]ease providing false or misleading royalty statements."[1] (ECF 1, at 12.)

    By order dated August 16, 2025, the court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees.[2] The Court directs service on SMP.

---

[1] The Court notes that, by order dated September 3, 2025, Plaintiff's claims against the other defendant named in the complaint, Macmillan Publishers, LLC, were dismissed without prejudice, at Plaintiff's request, under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. (ECF 10.)

[2] Because Plaintiff's IFP application (ECF 2) seems to reveal the full name of a minor child, the court has directed the Clerk of Court to restrict electronic access to that court submission to a "case participant-only basis," *see* Fed. R. Civ. P. 5.2(a)(3) (references to a minor child's name in a court submission must be in the form of the child's name's initials).

## DISCUSSION

Because Plaintiff has been granted permission to proceed IFP, she is entitled to assistance from the Court and the United States Marshals Service ("USMS") to effect service.[3] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the USMS to serve if the plaintiff is authorized to proceed IFP).

To allow Plaintiff to effect service on SMP through the USMS, the Clerk of Court is instructed to fill out a USMS Receipt and Return form ("USM-285 form") for SMP. The Clerk of Court is further instructed to issue a summons for SMP and deliver to the USMS all the paperwork necessary for the USMS to effect service upon SMP.

If the complaint is not served on SMP within 90 days after the date that the summons for SMP is issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if her address changes, and the Court may dismiss this action if she fails to do so.

## CONCLUSION

The Court directs the Clerk of Court to mail an information package to Plaintiff.

The Court also directs the Clerk of Court to: (1) issue a summons for St. Martin's Press, LLC; (2) complete a USM-285 form with the service address for that defendant; and (3) deliver

---

[3] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date that the complaint is filed, Plaintiff is proceeding IFP and could not have effected service until the Court reviewed the complaint and ordered that any summonses be issued. The Court therefore extends the time to serve SMP until 90 days after the date that a summons for SMP issues.

all documents necessary to effect service of a summons and the complaint on that defendant to the USMS.

    SO ORDERED.

Dated: September 22, 2025
       New York, New York

                                              MARGARET M. GARNETT
                                              United States District Judge

## SERVICE ADDRESS FOR DEFENDANT

St. Martin's Press, LLC
120 Broadway
New York, New York 10271