UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Vickie M. Stringer,**
Plaintiff, pro se,

v.

St. Martin's Press, LLC,
Defendant.

Case No. 1:25-cv-06651 (MMG)

**LETTER MOTION TO DEEM SERVICE EFFECTIVE ON ST. MARTIN'S PRESS, LLC**

Hon. Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Date: September 23, 2025

Dear Judge Garnett:

I am the Plaintiff, proceeding pro se. I respectfully move the Court to deem service on Defendant St. Martin's Press, LLC effective.

1. On August 23 and August 27, 2025, the U.S. Marshals attempted service of the summons and complaint on St. Martin's Press, but both attempts were returned unexecuted (ECF Nos. 7, 9).

2. Due to unsuccessful U.S. Marshals service Onn August 27, 2025, a hired third-party non-party adult completed service by delivering the summons, complaint, and Exhibits A–B to St. Martin's Press, LLC. A sworn Affidavit of Service was filed at ECF No. 14 via USPS confirmation delivery. Most importantly a representative from St. Martin's Press picked up the complaint package that was held for pick up by its Legal Department representative as labeled.

3. Under Fed. R. Civ. P. 4(h)(1)(B), service on a corporation is proper when delivered to an officer, managing or general agent, or any agent authorized to accept service of process.

4. Because service was successfully completed by a qualified third party and an affidavit is already on the record, I respectfully request that the Court accept and deem service effective as of August 27, 2025.

Granting this request will clarify the record and allow the case to proceed without unnecessary delay.

Respectfully submitted,

/s/ Vickie M. Stringer
Vickie M. Stringer
Pro Se Plaintiff
3124 Genevieve Drive
Columbus, OH 43219
Tel: (614) 961-511
Email: vickiemstringer@gmail.com

---

DENIED. The affidavit of service Plaintiff filed on September 24, 2025 (Dkt. No. 16) does not suffice to show effective service. Moreover, the documents Plaintiff filed at Dkt. Nos. 7 and 9 do not show, as she claims, that the United States Marshal Service "attempted service [and] both attempts were returned unexecuted" because the Marshal Service does not attempt service until the Court has issued an Order of Service, and that did not occur in this case until September 22, 2025 (*see* Dkt. No. 12). Those documents only show that Plaintiff filled out USMS forms requesting service, but no further action was, or would have been, taken on those forms, until the September 22 Order directing the Marshal Service to serve Defendant. That process is now underway and Ms. Stringer is directed to wait until the Marshals file an affidavit indicating whether they successfully effected service on Defendant.

If Defendant St. Martin's Press appears in this action prior to confirmation from the Marshals that they have effected service, the Court will take appropriate action at that time to schedule next steps in this matter.

SO ORDERED. Dated September 26, 2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE