UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/30/2026

VICKIE M. STRINGER,

                    Plaintiff,

        -against-

MACMILLAN PUBLISHERS, LLC and ST.
MARTIN'S PRESS, LLC,

                    Defendants.

25-CV-06651 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

    This is a breach-of-contract action brought by *pro se* plaintiff Vickie M. Stringer. Defendants are Macmillan Publisher, LLC ("MacMillan"), and St. Martin's Press, LLC ("St. Martin's"). On August 26, 2025, Plaintiff voluntarily dismissed Macmillan from this lawsuit. Dkt. No. 8. St. Martin's moved to dismiss the complaint on December 22, 2025. Dkt. No. 25.

    On January 28, 2026, Plaintiff filed a "Letter Motion for Voluntary Dismissal Without Prejudice," stating that she "now believes that continuation of this action would not be an efficient use of judicial resources and that dismissal is appropriate at this time." Dkt. No. 31 at 2.

    Federal Rule of Civil Procedure 41 governs voluntary dismissals. It provides that a plaintiff may voluntarily dismiss a lawsuit absent a Court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment," or "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(i), (ii). Otherwise, a Court order is required. St. Martin's has appeared in this action and moved to dismiss the complaint. Dkt. No. 25. And Plaintiff's motion is not signed by any party, nor does it represent that St. Martin's consents to the dismissal. Accordingly, the Court would like to give St. Martin's an opportunity to be heard before ruling on the request to dismiss this case.

    It is hereby ORDERED that St. Martin's file a letter responding to Plaintiff's letter-motion (Dkt. No. 31) on or before **February 6, 2026**. The letter must address whether St. Martin's consents to Plaintiff's request that the Court dismiss this matter. If St. Martin's does not consent, its letter must provide cause as to why the Court should deny the motion. The Court will issue an appropriate order after receiving the letter.

Dated: January 30, 2026
        New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge